UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASON TIMOTHY WILLIAMS,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

No. 2:26-cv-00485-TLN-CSK

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act (ECF No. 16), and upon finding the stipulated fees and expenses to be reasonable, fees and expenses in the amount of $8,966.68 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, shall be awarded to Plaintiff subject to the terms of the Stipulation.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE